# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 30, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

157758(22)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 157758
COA: 342030
Kent CC: 11-007445-FC

DENNIS PATRICK BIRD, JR.,
      Defendant-Appellant.

_____/

      On order of the Court, the motion for reconsideration of this Court's December 4, 2018 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 30, 2019



Clerk

d0422